# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-2717
Lower Tribunal Nos. 2018-CF-010128 and 2024-CF-003402

_____

SHAINA KRISTINE JERNIGAN SIMONECHT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Cassandra L. Denmark, Judge.

March 31, 2026

PER CURIAM.

AFFIRMED.

WOZNIAK, SMITH and MIZE, JJ., concur.


Blair Allen, Public Defender, and Clark E. Green, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Helene S. Parnes, Manager II Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED